UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **Gavin L. McCoy**, | ) | Case No. **21-02930** |
| | ) | |
| Debtor(s). | ) | Honorable Jacqueline P. Cox |

## **NOTICE OF MOTION**

PLEASE TAKE NOTICE that on **Tuesday, May 18, 2021**, at **1:00 PM**, I will appear before the Honorable Jacqueline P. Cox, or any judge sitting in Judge Cox's place, and present the United States Trustee's **Motion for Rule 2004 Examination of the Debtor**, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, (1) use this link: https://www.zoomgov.com/. (2) Enter the meeting ID 1612732896. (3) Enter the passcode 778135.

**To appear by telephone**, (1) call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. (2) Enter the meeting ID 1612732896. (3) Enter passcode 778135.

**When prompted identify yourself by stating your full name.**

**To reach Judge Cox's web page** go to www.ilnb.uscourts.gov and click on the tab for Judges.

**If you object to this motion** and want it called on the presentment date above, you may file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may call the matter regardless.

        */s/ Jeffrey L. Gansberg*
        Jeffrey L. Gansberg, Trial Attorney
        United States Department of Justice
        Office of the United States Trustee
        219 South Dearborn, Room 873
        Chicago, Illinois 60604
        (312) 886-3327

## CERTIFICATE OF SERVICE

I, Jeffrey L. Gansberg, an attorney, certify that I served copies of the **Notice of Motion and Motion for Rule 2004 Examination of the Debtor** on each entity shown on the attached list at the address shown and by the method indicated on May 6, 2021, before 5:00 p.m.

*/s/ Jeffrey L. Gansberg*

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

Steven R Radtke    sradtke@chillchillradtke.com
David M. Siegel    davidsiegelbk@gmail.com

**Parties Served via First Class Mail:**

Gavin L. McCoy
3506 Chestnut Drive
Hazel Crest, IL 60429

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| | ) | |
| **Gavin L. McCoy**, | ) | Case No. **21-02930** |
| | ) | |
| | ) | |
| Debtor(s). | ) | Honorable Jacqueline P. Cox |

### MOTION FOR RULE 2004 EXAMINATION OF THE DEBTOR

Patrick S. Layng, the United States Trustee for the Northern District of Illinois ("U.S. Trustee"), by and through his attorney, Jeffrey L. Gansberg, moves the Court for entry of an order authorizing an examination of Gavin L. McCoy ("Debtor") pursuant to Fed. R. Bankr. P. 2004. In support of his request, the U.S. Trustee states the following:

1.  This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) which this Court may hear and determine pursuant to IOP 15(a) and LR40.3.1(a) of the United States District Court for the Northern District of Illinois and Local Rule 9013-9.

2.  Movant is the U.S. Trustee for the Northern District of Illinois and brings this motion pursuant to Fed. R. Bankr. P. 2004.

3.  On March 21, 2021, the Debtor filed his voluntary petition, schedules ("Schedules") and statement of financial affairs ("SOFA") for relief under Chapter 7 of the Bankruptcy Code.

4.  Steven R. Radtke was appointed the chapter 7 trustee for this case ("Chapter 7 Trustee"). The Chapter 7 Trustee conducted the First Meeting of Creditors ("341 Meeting") on April 6, 2021 but did not conclude the meeting. Instead, he continued the meeting to provide

1

himself with additional time to make such investigation as he deemed appropriate and to continue examining the Debtor, if appropriate.

5.    The Debtor's Schedule D shows $154,292.00 secured debt which represents the Debtor's mortgage and automobile loan.  The Debtor's Schedule E/F shows the following significant credit card debt:

| Credit Cards | Amount Owing |
|---|---|
| AmEx 2004 | $25,784.00 |
| Chase 8531 | $57,611.00 |
| Discover | $24,710.00 |

The Debtor scheduled a total of $116,748.00 in unsecured nonpriority debt.  In contrast, Schedule B shows $3,400.00 for Household Goods and $1,785.00 for Financial Accounts, all of which are shown as exempt on Schedule C.

6.    Schedule I shows the Debtor has been employed as a security officer for one year with $6,955.00 in Gross Monthly Income for the Debtor and his minor dependent.  The SOFA shows annual gross incomes of $91,986.00 for 2020 and $83,904.00 for 2019.  The Debtor's SOFA and Means Test indicate that the Debtor is "Married" but he fails to provide any further information about his spouse ("Spouse"), including whether she is employed and any income related to that employment.

7.    The Debtor filed his 2020 Tax Return as "Married Filing Separately" and filed his 2019 and 2018 Tax Returns as "Married Filing Jointly."  The Debtor's Grandmother was claimed as a Dependent in 2018 but not in 2019.  Also, the 2018 and 2019 tax returns and the Debtor's testimony at the 341 Meeting indicate that the Spouse earned income in 2018 and 2019.  The Debtor also testified that he and his Spouse were separated in November 2020.

8.    Based on the foregoing, the U.S. Trustee seeks to verify the veracity, truthfulness, and completeness of the Debtor's Schedules and testimony at the 341 Meeting in order to evaluate

whether there may be a basis to object to the Debtor's discharge under 11 U.S.C. § 727 or file a motion to dismiss the Debtor's case under 11 U.S.C. § 707. To do so, the U.S. Trustee needs to elicit an examination from the Debtor under Federal Rule of Bankruptcy Procedure 2004(c), including the production of documents and oral testimony, if necessary.

**WHEREFORE**, the U.S. Trustee requests the Court to enter an order authorizing the United States Trustee to conduct an examination of the Debtor under Fed. R. Bankr. P. 2004, and for such other relief as is just.

>RESPECTFULLY SUBMITTED:
>PATRICK S. LAYNG
>UNITED STATES TRUSTEE

DATED: <u>May 6, 2021</u>         */s/ Jeffrey L. Gansberg*
Jeffrey L. Gansberg, Trial Attorney
United States Department of Justice
Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, Illinois 60604
(312) 886-3327

3